No. 95–1924.  JONES ET AL. v. KLEIN ET AL.; and

No. 96–9.  ARKOMA PRODUCTION CO. ET AL. *v.* KLEIN ET AL. C. A. 8th Cir.  Certiorari denied.  Reported below: 73 F. 3d 779.